UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENICE RUTHERFORD-MAXTON,

Plaintiff,

-v-

REMARKABLE FOODS HOSPITALITY, LLC d/b/a WONDER,

Defendant.

CIVIL ACTION NO. 26 Civ. 8166 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 18, 2026, Plaintiff Shenice Rutherford-Maxton ("Plaintiff") filed a complaint against Defendant Remarkable Foods Hospitality, LLC d/b/a Wonder ("Defendant"). (Dkt. No. 1 (the "Complaint")). On October 14, 2026, Plaintiff served the summons and Complaint on Defendant, making Defendant's deadline to respond November 4, 2026. (Dkt. No. 7). See Fed. R. Civ. P. 12(a)(1)(A)(i). To date, Defendant has not responded to the Complaint, or otherwise appeared in this action. As a one-time courtesy, the Court sua sponte **EXTENDS** Defendant's deadline to respond to the Complaint to **November 19, 2026**.

Further, Defendant is put on notice that as a corporate entity, it must appear through counsel in this action, and cannot proceed pro se. See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202 (1993) (finding that "corporations, partnerships, or associations [can only] appear in federal court [] through a licensed attorney."); accord Kenyatta v. City of New York, No. 25 Civ. 2868 (KMW), 2025 WL 1984391, at *2 (S.D.N.Y. July 16, 2025) (same).

DEFENDANT IS WARNED THAT FAILURE TO RESPOND TO THE COMPLAINT BY **NOVEMBER 19, 2026** MAY RESULT IN THE COURT PERMITTING PLAINTIFF TO INITIATE DEFAULT PROCEEDINGS AGAINST DEFENDANT.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant Remarkable Foods Hospitality, LLC d/b/a Wonder at 3500 S Dupont Highway, Dover, DE 19901.

Dated: New York, New York
November 5, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**